UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERIK NATHANIEL WALKER,

    Plaintiff,

v.

E. ARNOLD, et al.,

    Defendants.

Case No. 18-cv-05656-SI

**ORDER OF TRANSFER**

Derik Nathaniel Walker filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred at the California State Prison – Solano in Solano County, California. The defendants work at that prison and the California Medical Facility – Vacaville, also located in Solano County, and apparently reside in Solano County. Solano County is located within the venue of the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District of California and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

    **IT IS SO ORDERED**.

Dated: January 28, 2019

                                                          SUSAN ILLSTON
                                                          United States District Judge