UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERIK NATHANIEL WALKER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>E. ARNOLD, et al.,<br><br>　　　　　　Defendants. | No. 2:19-cv-00185-TLN-AC<br><br>**ORDER** |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On May 4, 2023, the magistrate judge issued findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 34.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 36.)

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued May 4, 2023 (ECF No. 34), are ADOPTED IN FULL, and

2. The complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.  *See* 28 U.S.C. § 1915A(b)(1).

3. The Clerk of Court is directed to close the case.

Date: June 12, 2023

                                      Troy L. Nunley
                                      United States District Judge