UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERIK NATHANIEL WALKER, | No. 2:19-cv-0185-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| E. ARNOLD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding in forma pauperis, sought relief pursuant to 42 U.S.C. § 1983. Judgment was entered in this action on June 14, 2023. (ECF Nos. 37, 38.) On June 30, 2023, Plaintiff filed a notice of appeal (ECF No. 39), and on July 25, 2023, the Ninth Circuit referred the matter to this Court directing it to determine whether Plaintiff's in forma pauperis status should continue during appeal (ECF No. 42).

The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a). After review of the record herein, the Court finds that Plaintiff's appeal is not taken in good faith. Accordingly, Plaintiff's in forma pauperis on appeal should be denied.

////

1

1   In accordance with the above, IT IS HEREBY ORDERED that Plaintiff's in forma
2  pauperis status on appeal is DENIED.  *See* Fed. R. App. P. 24(a).
3  Date:  August 4, 2023

    _____
    Troy L. Nunley
    United States District Judge